

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Calvin Lewis Manning, Appellant

No. 06-22-00036-CR          v.

The State of Texas, Appellee

Appeal from the 71st District Court of Harrison County, Texas (Tr. Ct. No. 21-0019X).  Memorandum Opinion delivered by Justice van Cleef, Chief Justice Morriss and Justice Stevens participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below.  Therefore, we modify the judgment of the trial court by striking the phrase "COUNT II:  PROHIBITED WEAPON" from the paragraph titled "Offense for which Defendant Convicted."  As modified, the judgment of the trial court is affirmed.

We note that the appellant, Calvin Lewis Manning, has adequately indicated his inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED AUGUST 25, 2022
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk